HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
GILBERTO VASQUEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-0136 KJM |
| Plaintiff, | ORDER GRANTING EARLY TERMINATION OF SUPERVISION |
| v. | |
| GILBERTO VASQUEZ, JR., | Chief Judge Kimberly J. Mueller |
| Defendant. | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. VASQUEZ for the reasons set forth above.

DATED:  May 10, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Order for Early Termination of Supervised Release     -1-     USA v. Vasquez